fendant's motion in the alternative for summary judgment is moot. Judgment will be entered accordingly.

403 F.Supp.2d 1354

THE PILLSBURY COMPANY. Plaintiffs, v. UNITED STATES, Defendant.

Court No. 03–96

## ORDER

IT IS HEREBY ORDERED that the opinion and judgment in *The Pillsbury Company v. United States*, Slip Op. 05–51 (CIT Apr. 19, 2005), is hereby vacated and withdrawn following the parties' Stipulation of Judgment on Agreed Statement of Facts dated November 29, 2005.